STATE ex rel. Jeremiah W. NIXON, Respondent,

v.

John BUFF, Appellant.

No. WD 65557.

Missouri Court of Appeals, Western District.

April 4, 2006.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Paul Harper, Office of Attorney General, Jefferson City, for appellant.

James William Schottel, Jr., St. Louis, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

John Buff appeals the circuit court's judgment ordering him to reimburse the state, pursuant to the Incarceration Reimbursement Act, Sections 217.825–217.841, RSMo 2000, for his cost of care while he was incarcerated by the Department of Corrections. We affirm. Rule 84.16(b).